UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>        Plaintiff,<br><br>    v.<br><br>ABDO A. ALAWDI, et al.,<br><br>        Defendants. | Case No. 20-cv-07006-WHO<br><br>**ORDER TO SHOW CAUSE** |

    Plaintiff is ORDERED TO SHOW CAUSE by October 1, 2021 and inform the Court why this case should not be dismissed for failure to prosecute and comply with the General Order 56 Inspection and Mediation Deadlines. Failure to respond by October 1, 2021 will result in this case being dismissed for failure to prosecute. Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: September 15, 2021



William H. Orrick
United States District Judge